Warren E. Gluck
Jacqueline M. Moody
Alex M. Englander (*pro hac vice forthcoming*)
Gluck & Co. LLP
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 897-5887
warren.gluck@gluckllp.com
jacqueline.moody@gluckllp.com
alex.englander@gluckllp.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LALEMANT N.V.<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Civil Action No. 26-mc-476 |

**ORDER GRANTING APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court by an application for discovery pursuant to 28 U.S.C. § 1782 (the "**Application**") filed by Lalemant N.V. ("**Lalemant**"). Having reviewed the Application, the Declaration of Alexandre Hublet, dated September 25, 2026, the Declaration of Warren E. Gluck, dated September 28, 2026, and the Declaration of Arthur Seynaeve, dated September 25, 2026 as well as the accompanying exhibits and the Memorandum of Law, the Court is satisfied that the requirements of 28 U.S.C. § 1782 are met and the production of the requested documents is warranted under 28 U.S.C. § 1782, and the Court hereby ORDERS as follows:

1. The Application is **GRANTED**.

2. Applicant is authorized to issue and serve subpoenas on Citibank, N.A.; The Bank of New York Mellon; Bank of America N.A.; BNP Paribas, New York Branch; Commerzbank

AG, New York Branch; Deutsche Bank Trust Co. Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; Société Générale, New York Branch; Standard Chartered Bank, New York Branch; UBS AG; Wells Fargo Bank, N.A.; and The Clearing House Payments Company L.L.C. (the "**Respondents**") for the production of the following documents beginning January 1, 2022 through and including the present date:

A. Copies of all wire transfer records processed by the Respondents, as correspondent, intermediary, or clearing house banks, where any of the following entities and individuals (the "**Discovery Targets**") is an originator, beneficiary, or is otherwise referenced in the wire transfer:

i. Cometsambre S.A. (BCE 0436.206.426)

25 Rivage de Boubier, 6200 Châtelet, Belgium

ii. Compagnie Belge de Participations Industrielles et Immobilières S.A.

25 Rivage de Boubier, BE-WBR 6200 Châtelet, Belgium

iii. Comet Traitements S.A. (BCE 0477.841.596)

25 Rivage de Boubier, 6200 Châtelet, Belgium

iv. Comet Group Holding SRL (BCE 1040.378.448)

25 Rivage de Boubier, 6200 Châtelet, Belgium

v. Comet France SAS (BCE 531 107 613)

23 Route Des Gorres, 94380 Bonneuil-Sur-Marne, France

vi. Comet Fluvial SRL (BCE 0479.984.407)

25 Rivage de Boubier, 6200 Châtelet, Belgium

vii. Covanord SAS (SIREN No. 504 125 113)

134 Rue Felix Faure, 59350 Saint-Andre-Lez-Lille, France

viii. Ecofer S.A. (BCE 0844.192.780)

30 Rue Lefebvre-Caters(TOU), 7500 Tournai, Belgium

ix. La Barrière S.A. (SIREN No. 850 150 640)

134 Rue Felix Faure, 59350 Saint-Andre-Lez-Lille, France

x. Philippe Grosjean

6 Avenue des Ecureuils, 6110 Montigny-le-Tilleul, Belgium

xi. Aurore Grosjean

12 Avenue du Verger, 1421 Ophain-Bois-Seigneur-Issac, Belgium

xii. Charlotte Grosjean

6 Avenue des Ecureuils, 6110 Montigny-le-Tilleul, Belgium

xiii. Bernard Beyne

35 Heidestraat, Heusden 9070, Belgium

xiv. Joel Blavier

33 Rue des Tilleuls, 5651 Somzee, Belgium

xv. Maxime Grosjean

4 Avenue des Faisans, 6110 Montigny-le-Tilleul, Belgium

xvi. Pierre François Bareel

23 Avenue des Trois Couronnes, 4130 Esneux, Belgium

3. The Respondents shall produce the documents requested in their respective subpoenas within twenty-one (21) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

4. The Respondents shall preserve documents and evidence, electronic or otherwise, in their possession, custody, or control that contain information potentially relevant to the subject matter of the Applicant's document request.

5. Applicant is further authorized to issue and serve additional follow-up subpoenas on the Respondents, or third parties as may be necessary to obtain the documentary evidence for use in the foreign proceeding;

6. The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery assistance by Applicant;

7. A copy of this Order shall be served with each discovery demand.

SO ORDERED.

Dated: New York, New York

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 1 and close this matter.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 7, 2026